**Electronically Filed
Supreme Court
SCAD-10-0000039
01-FEB-2011
10:28 AM**

SCAD-10-0000039

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RONALD D.S. LAU, Respondent.

---

(ODC 08-075-8718)

ORDER CONTINUING SUSPENSION
(By:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and
Circuit Judge Castagnetti, assigned by reason of vacancy)

Upon consideration of the Office of Disciplinary Counsel's "Report to the Supreme Court Concerning the Cooperation of Respondent and Recommendation that the Suspension not be Vacated," the memorandum, exhibits, and affidavits in support thereof, Respondent Lau's lack of response thereto, and the record,

IT IS HEREBY ORDERED that the suspension order entered on November 24, 2010, shall remain in effect until further order of this court.

DATED: Honolulu, Hawaiʻi, February 1, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Jeannette H. Castagnetti

